THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Edward D. Thompson,       
Appellant,
 
 
 

Appeal From Lexington County
Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2003-UP-648
Submitted August 20, 2003  Filed November 
 6, 2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, 
 of Columbia; for Appellant.
Attorney General Henry D. McMaster, 
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General 
 Charles H. Richardson, of Columbia, Donald V. Myers, Eleventh Circuit Solicitors 
 Office, of Lexington; for Respondent.
 
 
 

PER CURIAM:  Edward D. Thompson appeals 
 from his conviction for two counts of armed robbery, criminal conspiracy, assault 
 of a high and aggravated nature, and two counts of kidnapping, arguing the identification 
 by a witness at a bond hearing was suggestive and not reliable under the totality 
 of the circumstances.  Pursuant to Anders v. California, 386 U.S. 738 
 (1967), Thompsons counsel attached to the brief a petition to be relieved as 
 counsel, stating that she had reviewed the record and concluded this appeal 
 lacks merit.  Thompson filed a separate pro se brief, arguing 
 the following nine issues:  (1) the jury venire was not a fair cross section 
 of the community; (2) the trial judge erred in allowing the prosecutor to strike 
 the only African-American from the petit jury; (3) Thompson was not given adequate 
 notice to be tried in absentia; (4) the trial judge erred in admitting 
 evidence that prosecution failed to provide for the defense; (5) the trial judge 
 erred in denying his motion for a directed verdict; (6) the trial judge erred 
 in failing to charge the jury on the law of accessory before and after the fact; 
 (7) the trial judge erred in charging the doctrine of hand of one is hand of 
 all; (8) the trial judge lacked authority to hear the case because no written 
 order existed to continue appellants [sic] case beyond 180 days; and 
 (9) subject matter jurisdiction was lacking because the indictments were not 
 filed with the clerk of court.
After a thorough review of the record and counsels 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Thompsons appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.